FILED
2022 Mar-10 AM 11:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

ELECTRONICALLY FILED
2/1/2022 2:04 PM
41-CV-2022-900023.00
CIRCUIT COURT OF
LAUDERDALE COUNTY, ALABAMA
MISSY HOMAN, CLERK

| | | |
|---|---|---|
| **State of Alabama**<br>**Unified Judicial System**<br>**Form ARCiv-93   Rev. 9/18** | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number: 41<br>Date of Filing: 02/01/2022    Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, ALABAMA
### STEVE LAWRENCE v. THE LINCOLN NATIONAL LIFE INSURANCE

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO    **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** JEN009    2/1/2022 2:04:22 PM    /s/ Robert Willson Jenkins, Jr. MR.
Date    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO



ELECTRONICALLY FILED
2/1/2022 2:04 PM
41-CV-2022-900023.00
CIRCUIT COURT OF
LAUDERDALE COUNTY, ALABAMA
MISSY HOMAN, CLERK

# IN THE CIRCUIT COURT OF LAUDERDALE COUNTY ALABAMA

| | | |
|---|---|---|
| STEVE LAWRENCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: |
| | ) | |
| THE LINCOLN NATIONAL | ) | |
| LIFE INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ERISA COMPLAINT

### Jurisdictional Allegations

1. Plaintiff, Steve Lawrence, is a resident of the State of Alabama and resides in Lauderdale County, Alabama.

2. Plaintiff is a plan participant in Sunbelt Rentals, Inc., long-term disability plan. This plan is "employee welfare benefit plans" as defined under 29 U.S.C. 1002(1). The Plan is sponsored by Sunbelt Rentals, Inc., Plaintiff's employer.

3. The Plan separately is insured by Defendant, The Lincoln National Life Insurance Company (hereinafter referred to as "Lincoln") under policy number 000010011613 (the long-term plan or "LTD").

4. Lincoln insures the plan and determines eligibility for benefits.

5. Lincoln is a foreign corporation with its principal headquarters in Fort Wayne, IN.

6. The Plaintiff's complaint is for benefits due under an employee welfare benefit plan pursuant to 29 U.S.C. 1132(a)(1)(B) and state courts have concurrent jurisdiction of such actions pursuant to 29 U.S.C. 1132 (e)(1).

## FACTUAL ALLEGATIONS

7. Plaintiff worked for Sunbelt rentals Inc., as a heavy equipment mechanic.

8. The Plaintiff's inability to work began on or around November 7, 2012. Plaintiff was disabled under the terms of the Plan due to various medical problems including chronic low back pain, bilateral knee pain with arthritic changes along with the side effects of medication. Plaintiff applied for short-term disability and eventually long-term disability pursuant to the terms of the plans. This claim history is as follows:

9. Lincoln initially approved long-term disability benefits beginning November 7, 2012, through February 12, 2016.

10. In a letter dated, February 12, 2016, Lincoln terminated Plaintiff's long-term claim concluding that Lawrence was no longer totally disabled as defined under the Plan.

11. In a letter dated August 9, 2016. Plaintiff appealed the termination of the long-term claim.

12. Defendant denied the Plaintiff's appeal by letter dated September 22, 2016.

13. Plaintiff appealed for a second and final time by letter dated March 20, 2017.

14. In a letter dated December 15, 2017, Lincoln denied Plaintiff's long-term disability claim and further advised him that he had exhausted administrative remedies under the Plan. Lincoln also advised Lawrence that the statute of limitations for filing an ERISA claim was 6 years and that his suit would need to be filed no later than February 12, 2022.

## COUNT I

15. Plaintiff re-adopts and re-alleges the Jurisdictional and Factual Allegations set out in preceding paragraphs, as if, fully and completely set out herein.

16. Lincoln has wrongfully denied or terminated the Plaintiff's long-term disability benefits effective February 12, 2016. Plaintiff is disabled from any occupation under the terms of the Plan due to various

medical conditions including chronic low back pain, bilateral knee pain with arthritic changes along with the side effects of medication.

17. Plaintiff has had no choice but to file this action for benefits due under the terms of the Plan and has had to hire an attorney to help him prosecute both appeals and this action.

**WHEREFORE THESE PREMISES CONSIDERED**, the Plaintiff prays that this Honorable Court will enter a judgment in favor of the Plaintiff and against the Defendant for past due long-term disability benefits pursuant to 29 U.S.C. 1132(a)(1)(b); for the Court to order the Defendants to pay interest on back due benefits and to award a reasonable attorney's fees and other costs pursuant to 29 U.S.C. 1132(g).

This is the 1st day of February 2022.

R. Willson Jenkins_____
R. Willson Jenkins (JEN009)
Attorney for Plaintiff
310 W. Tombigbee St
Florence, AL 35630
(256) 766-4840 - T
(256) 485-4733 - F
willson@jenkinsattorney.com

***Defendant to be served by certified mail**

**The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066**

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>41-CV-2022-900023.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, ALABAMA**
**STEVE LAWRENCE V. THE LINCOLN NATIONAL LIFE INSURANCE**

**NOTICE TO:** THE LINCOLN NATIONAL LIFE INSURANCE, 8801 INDIAN HILLS DRIVE, OMAHA, NE 68114

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Robert Willson Jenkins, Jr. MR.,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 310 W. Tombigbee St, Florence, AL 35630.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of STEVE LAWRENCE pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

02/01/2022     /s/ MISSY HOMAN     By: _____
*(Date)*     *(Signature of Clerk)*     *(Name)*

☑ Certified Mail is hereby requested.     /s/ Robert Willson Jenkins, Jr. MR.
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____.

*(Name of Person Served)*     *(Name of County)*     *(Date)*

_____     _____     _____
*(Type of Process Server)*     *(Server's Signature)*     *(Address of Server)*

_____     _____
*(Server's Printed Name)*     *(Phone Number of Server)*

# U.S. Postal Service
# CERTIFIED MAIL RECEIPT
Domestic Mail Only

**USPS ARTICLE NUMBER**

9314 7699 0430 0091 3968 98

| | | |
|---|---|---|
| Certified Mail Fee | $ | 3.75 |
| Return Receipt (Hardcopy) | $ | 3.05 |
| Return Receipt (Electronic) | $ | 0.0 |
| Certified Mail Restricted Delivery | $ | 0.0 |
| Postage | $ | 0.73 |
| Total Postage and Fees | $ | 7.53 |

Postmark Here: FLORENCE, AL 35630 FEB 2022

**Sent to:**
The Lincoln National Life Insurance
CV-22-900023  D001
8801 Indian Hills Drive
Omaha, NE 68114

**Reference Information**

PS Form 3800. Facsimile. July 2015

Return Receipt (Form 3811) Barcode

9590 9699 0430 0091 3968 90

1. Article Addressed to:

The Lincoln National Life Insurance
CV-22-900023 D001
8801 Indian Hills Drive
Omaha, NE 68114

2. Certified Mail (Form 3800) Article Number

9314 7695 0430 0091 3968 98

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No

FEB 14 2022

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

Domestic Return Receipt