# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **STEVE ALWRENCE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 3:22-cv-311-AKK |
| ) | |
| **THE LINCOLN NATIONAL LIFE** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| Defendant. ) | |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), the parties jointly stipulate to dismissal of this action with prejudice, with each party to bear its own costs and fees.

DATED: March 31, 2022

SHARON N. HARRIS, CLERK

By: <u>Karen Humphrey</u>
      Deputy Clerk